No. 1051. THE CENTRAL SAN CRISTÓBAL, INC., DEMANDANTE Y APELANTE *v.* CLAUDIO, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Humacao. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 12, 1913. Desestimada la apelación por no ha-

berse radicado la transcripción de autos. Abogados del ape
lado: *Sr. Francisco González* y *Juan de Guzmán Benítez*. El
apelante no compareció.